**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:   Aaron B. Cooper                                              Case Number:   19-20302
Angela M. Cooper
Debtors

# ORDER CONFIRMING THE FIRST
# AMENDED PLAN FILED ON 4/12/2019, Court Doc. # 19

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section 4.3 of the plan is hereby allowed.

Copies to:

Aaron B. Cooper                                              HUFF, AARON
Angela M. Cooper                                             Served Electronically Via ECF
7876 KY Hwy 11
Mayslick, KY  41055

SYNCHRONY BANK                                               AIS PORTFOLIO SERVICES
VIA ECF                                                      VIA ECF
,                                                            ,

REIMER LAW CO
VIA ECF
,

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, August 13, 2019**
(tnw)